

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2021

No. 04-21-00318-CV

Maria **BENAVIDES**,
Appellant

v.

**WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE OF MFRA TRUST 2014-2**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00782
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on October 13, 2021 and was not filed. On October 18, 2021, we ordered appellant to file by November 2, 2021: (1) her brief; and (2) a written response reasonably explaining: (a) her failure to file a brief; and (b) why appellee is not significantly injured by appellant's failure to timely file a brief. We cautioned appellant that if she did not timely file her brief **and** a written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); TEX. R. APP. P. 42.3(c).

On November 1, 2021, appellant filed a written response, but she did not file a brief. We therefore **ORDER** appellant to file a brief that complies with Texas Rule of Appellate Procedure 38.1 **by December 27, 2021**. If appellant does not file her brief by the date stated in this order, we will dismiss her appeal for want of prosecution.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court